THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BOULWARE, Appellant.—

Concur—Markewich, J. P., Nunez, Steuer and Bastow, JJ.